UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

CONNIE MORROW, GEORGE MORROW, et al., )
)
) No. CV-12-505-JLQ
Plaintiffs, )
) ORDER OF REMAND
)
vs. )
)
CITY OF CLARKSTON, )
)
Defendant. )
_____ )

On August 10, 2012, this court issued an Order to Show Cause raising questions concerning an apparent lack of subject matter jurisdiction in this action that was removed on the purported basis of federal question jurisdiction. The parties have filed a Joint Response (ECF No. 6) to the Order to Show Cause. Therein, Plaintiffs stipulate that they did not intend to raise a federal claim. Plaintiffs stipulate that they would waive any claim under 42 U.S.C. § 1983 that they may have, and that their Complaint contains "no other express or implied" federal claims. (ECF No. 6, ¶ 5). The parties further agree that this action should be remanded to state court forthwith.

Accordingly, **IT IS HEREBY ORDERED**:

1. This matter is hereby REMANDED to the Superior Court of Asotin County Washington where it was originally filed.

2. The Clerk shall transmit a copy of this Order and a copy of the docket sheet to the Clerk of Asotin County Superior Court.

ORDER - 1

3. This Order of remand is without an award of costs or expenses to either party.

**IT IS SO ORDERED.**

The Clerk shall enter this Order, furnish copies to counsel, and close this file.

Dated this 22nd day of August, 2012.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2